QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MANUEL TOSCANO-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05cr0118 OWW |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE HEARING |
| v. | AND ORDER THEREON |
| JOSE MANUEL TOSCANO-RAMIREZ, | Date: August 29, 2005 |
| Defendant. | Time: 1:30 P.M. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-entitled matter now set for August 8, 2005, may be continued to August 29, 2005, at 1:30 P.M.**

The continuance is at the request of defense counsel to provide him additional time for defense preparation and further investigation on defendant's behalf .

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 2, 2005        By: /s/ Victor M. Chavez with consent of Marianne A. Pansa
MARIANNE A. PANSA
Assistant United States Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: August 2, 2005        By: /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
Jose Manuel Toscano-Ramirez

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: August  3  , 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation Continuing Status Conference
Hearing and [Proposed] Order Thereon           2